# EXHIBIT A

# 2010 Volkswagen Maintenance Schedule For USA

**All Models except Routan**

beach house imports — Your Dealer Alternative

| Miles | Carefree Maintenance Program USA Only | | | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10K | 20K | 30K | | | | | | | | | |
| AdBlue®. Fluid: Check fluid level and add if necessary **(3.0L TDI only)** | X, * | X, * | X, * | X | X | X | X | X | X | X | X | X |
| Airbag system: Perform visual inspection **(Every 1 year regardless of mileage)** | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * | 1, * |
| Air filter element and snow filter: Replace and clean housing **(if applicable) (Every 6 years regardless of mileage)** | | | | | | 9, * | | | | | | 9, * |
| Battery: Check **(and second battery if applicable)** | | X | | X | | X | | X | | X | | X |
| Body: Visual inspection for corrosion | | | | X | | | | X | | | | X |
| Brake pads: Check thickness and brake disc condition **(front and rear)** | X | | X | | X | | X | | X | | X | |
| Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level | | X | | X | | X | | X | | X | | X |
| Brake fluid: Change fluid **(New Beetle only) (Every 2 years regardless of mileage)** | | 5, * | | 5, * | | 5, * | | 5, * | | 5, * | | 5, * |
| Brake fluid: Change fluid **(Touareg, Eos, Passat models, Jetta models, GTI, Golf, Tiguan, and CC) (Every 3 years regardless of mileage and every 2 years** | | | 6, * | | 6, * | | 6, * | | 6, * | | 6, * | |
| Convertible roof, CSC roof, and retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)** | | | | X | | | | X | | | | X |
| Coolant level and frost protection: Check | | | | X | | | | X | | | | X |
| Convertible roof: Check latch: **(if applicable) (Every 2 years regardless of mileage)** | | 2, * | | 2, * | | 2, * | | 2, * | | 2, * | | 2, * |
| CV joints: Check for leaks and damage | | | | X | | | | X | | | | X |
| Diesel particulate filter: Only after 120,000 miles: Check ash loading according to manufacturer work procedure. Replace if necessary. **Note:** If DPF replacement is not necessary, perform check every 10,000 miles thereafter until replacement becomes necessary. Subsequent DPF replacement interval is a minimum of 120,000 miles, thereafter.**(2.0L TDI and 3.0L TDI only)** | | | | | | | | | | | | X |
| Door checks and mounting pins: Lubricate | | | | X | | | | X | | | | X |
| Dust and pollen filter: Replace **(if applicable)** | | 4, * | | 4, * | | 4, * | | 4, * | | 4, * | | 4, * |
| Engine: Change oil and replace oil filter | X | X | X | X | X | X | X | X | X | X | X | X |
| Engine and engine compartment components: Check **(from above)** for leaks and damage | | | | X | | | | X | | | | X |
| Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots | | | | X | | | | X | | | | X |
| Exhaust system: Check for leaks, damage and secure fittings | | | | X | | | | X | | | | X |

| 2010 Volkswagen Maintenance Schedule For USA<br><br>All Models except Routan | Carefree Maintenance Program USA Only | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miles | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K |
| Fuel filter: Replace **(2.0L TDI only)** | | X | | X | | X | | X | | X | | X |
| Fuel filter: Drain water **(3.0L TDI only)** | | X | | | | X | | | | X | | |
| Fuel filter: Replace **(3.0L TDI only)** | | | | X | | | | X | | | | X |
| Haldex Clutch: Change oil **(if applicable)** | | | | X | | | | X | | | | X |
| Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment | | | | X | | | | X | | | | X |
| Interior lighting and glove box lights, cigarette lighter / power outlets, horn, and all warning lamps: Check | | | | X | | | | X | | | | X |
| Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check | | | | X | | | | X | | | | X |
| Power steering: Check oil level **(if applicable)** | | | | X | | | | X | | | | X |
| Rear window: Check cleaning nozzle functionality **(if applicable)** | X | X | X | X | X | X | X | X | X | X | X | X |
| Ribbed V-belt: Check condition | | | | X | | | | X | | | | X |
| Service interval display: Reset **(if applicable)** | X | X | X | X | X | X | X | X | X | X | X | X |
| Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar | X | X | X | X | X | X | X | X | X | X | X | X |
| Spark plugs: Replace **(2.5L and 3.2L only)** | | | | X | | | | X | | | | 8, * |
| Spark plugs: Replace **(2.0T, 3.6L and 4.2L only)** | | | | | | X | | | | | | 8, * |
| Sunroof and panoramic sunroof: Check, clean, and lubricate **(if applicable)** | | | | X | | | | X | | | | X |
| Sunroof: Open sunroof and check front water drains and clean if necessary (if applicable) | | | | X | | | | X | | | | X |
| Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling | | | | X | | | | X | | | | X |
| Tie rod ends: Check for excessive play, check boots | | | | X | | | | X | | | | X |
| Timing Belt: Replace **(if applicable, except 2.0L TDI)** | | | | | | | | | | | X | |
| Timing belt: Replace **(2.0L TDI only)** | | | | | | | | | | | | X |
| Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)** | | X | | X | | X | | X | | X | | X |
| Tires: Rotate front to rear | X | X | X | X | X | X | X | X | X | X | X | X |

| 2010 Volkswagen Maintenance Schedule For USA<br><br>All Models except Routan | Carefree Maintenance Program USA Only | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Miles** | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K |
| Tire mobility kit: Check and observe expiration date on the tire filler bottle **(Every 2 years regardless of mileage)** | | 3, * | | 3, * | | 3, * | | 3, * | | 3, * | | 3, * |
| Tire mobility kit: Replace tire filler bottle **(Every 4 years regardless of mileage)** | | | | 7, * | | | | 7, * | | | | 7, * |
| Tire pressure sensors: Replace **(Every 6 years regardless of mileage)** | | | | | | 10, * | | | | | | 10, * |
| Transmission: Automatic :Change fluid **(2.5L Jetta models, NB and NBC, and Golf)** | | | | | X | | | | | X | | |
| Transmission: DSG (**non automatic**): Change fluid and filter | | | | X | | | | X | | | | X |
| Underbody sealant: Inspect for damage | | | | X | | | | X | | | | X |
| Windshield washers, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary | X | X | X | X | X | X | X | X | X | X | X | X |

\* Carefree Maintenance Program - Time dependent items will be included in scheduled maintenance intervals if applicable

\* At 5K, 15K, 25K, 35K: AdBlue® Fluid: Check fluid level and add if necessary (3.0L TDI)

1. Every 1 year, regardless of mileage: Perform visual check of airbag system
2. Every 2 years, regardless of mileage: Check latch for convertible roof **(if applicable)**
3. Every 2 years, regardless of mileage: Check and observe the date on the tire filler bottle in the tire mobility kit (**if applicable**)
4. Every 2 years: Replace dust and pollen filter **(if applicable)(if replacement not completed at scheduled intervals)**
5. Every 2 years, regardless of mileage and every 2 years after: Change brake fluid **(New Beetle only)**
6. Every 3 years, regardless of mileage and every 2 years after: Change brake fluid **(Touareg, Eos, Passat Models, Jetta Models, GTI, Golf, Tiguan, and CC)**
7. Every 4 years, regardless of mileage: Replace tire filler bottle in tire mobility set **(Observe expiration date)**
8. Every 6 years regardless of mileage: Replace spark plugs
9. Every 6 years regardless of mileage: Air filter element and snow filter: replace and clean housing **(if applicable)**
10. Every 6 years, regardless of mileage: Change tire pressure sensors **(if applicable)**
11. At 45K, 55K, 65K, 75K, 85K, 95K, 105K, 115K, 125K and every 5K after: AdBlue® Fluid: Check fluid level and add if necessary **(3.0L TDI)**

© 2012 Volkswagen Group of America, Inc.

| **2010 Volkswagen Maintenance Schedule For USA**<br><br>**All Models except Routan** | | | Carefree<br>Maintenance<br>Program USA Only | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Miles** | **10K** | **20K** | **30K** | **40K** | **50K** | **60K** | **70K** | **80K** | **90K** | **100K** | **110K** | **120K** |

All rights reserved.  Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Volkswagen of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice.  No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.
**Revised: October 2012**