# EXHIBIT B

# 2009 Volkswagen Maintenance Schedule For USA

**All Models except Routan**

| Miles | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K | 130K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Carefree Maintenance Program USA Only | | | | | | | | | | | | |
| AdBlue®. Fluid: Check fluid level ( add if necessary ) | X * | X * | X * | X | X | X | X | X | X | X | X | X | X |
| Airbag system: Perform visual inspection (Every 1 year regardless of mileage) | 1 * | 1 * | 1 * | | | | | | | | | | |
| Air filter element: Replace and clean housing ( if applicable ) (Every 6 years regardless of mileage) | | | | | | 9 | | | | | | | |
| Battery: Check | | X | | X | | X | | X | | X | | X | |
| Body: Visual inspection for corrosion | | | | X | | | | X | | | | X | |
| Brake pads: Check brake pad thickness | X | | X | | X | | X | | X | | X | | X |
| Brakes: Inspect brake system for leaks and damage, check thickness of brake pads and check brake fluid level | | X | | X | | X | | X | | X | | X | |
| Brake fluid: Change fluid (New Beetle Only) (Every 2 years regardless of mileage) | | 5 * | | | | | | | | | | | |
| Brake fluid: Change fluid ( Touareg, Eos, Passat models, Jetta models, GTI, Rabbit, Tiguan, and Passat CC ) (Every 3 years regardless of mileage) | | | 6 * | | | | | | | | | | |
| Cooling level and frost protection: Check | | | | X | | | | X | | | | X | |
| Convertible roof: Check for function and damage. Clean and lubricate ( if applicable ) | | | | X | | | | X | | | | X | |
| Convertible roof: Check latch: (if applicable) (Every 2 years regardless of mileage) | | 3 * | | | | | | | | | | | |
| CV joints: Check for leaks and damage | | | | X | | | | X | | | | X | |
| Diesel particle filter: Check | | | | | | | | | | | | X | |
| Diesel particle filter: Check ash content within the filter. Replace the filter if ash content is greater than .46 liters (3.0L TDI engine only) | | | | | | | | | | | | | X |
| Door checks: Lubricate | | | | X | | | | X | | | | X | |
| Dust and pollen Filter: Replace ( if applicable ) (Every 2 years regardless of mileage) | | 2 * | | | | | | | | | | | |
| Engine: Change oil and replace oil filter | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Engine and engine compartment components: Check ( from above ) for leaks and damage | | | | X | | | | X | | | | X | |
| Engine and engine compartment components: Check ( from below ) for leaks and damage, check transmission, final drive, and drive shaft boots | | | | X | | | | X | | | | X | |
| Exhaust system: Check for leaks, damage and secure fittings | | | | X | | | | X | | | | X | |
| Fuel filter: Replace ( 2.0L TDI only ) | | X | | X | | X | | X | | X | | X | |

**2009 Volkswagen Maintenance Schedule For USA**

**All Models except Routan**

| Miles | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K | 130K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuel filter: Drain Water ( 3.0L TDI only ) |  | X |  |  |  | X |  |  |  | X |  |  |  |
| Fuel filter: Replace ( 3.0L TDI only ) |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Haldex clutch: Change oil ( if applicable ) |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Headlights: Check cleaning nozzle functionality ( if applicable ) | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Headlights: Check adjustment |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Interior and glove box lights, cigarette lighter / power outlets, horn, and all warning lamps: Check |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Power steering: Check oil level (if applicable) |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Rear window: Check cleaning nozzle functionality (if applicable) | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Retractable hard top: Check for function and damage (if applicable) |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Ribbed V-belt: Check condition |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Second battery: Check (if applicable) |  | X |  | X |  | X |  | X |  | X |  | X |  |
| Service Interval Display: Reset (if applicable) | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Spark plugs: Replace (2.5L and 3.2L only) |  |  |  | X |  |  |  | X |  |  |  | 8 |  |
| Spark plugs: Replace (1.8L, 2.0L, 3.6L and 4.2L only) |  |  |  |  |  | X |  |  |  |  |  | 8 |  |
| Sunroof: Check, clean, and lubricate (if applicable) |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Front sun roof drains: Open sun roof, check front water drains and clean if necessary |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Test drive and final check |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Tie rod ends: Check for excessive play, check boots |  |  |  | X |  |  |  | X |  |  |  | X |  |
| Timing Belt: Replace (if applicable) |  |  |  |  |  |  |  |  |  |  | X |  |  |
| Timing belt: Replace (2.0L TDI) |  |  |  |  |  |  |  |  |  |  |  | X |  |
| Tires: Check tread depth, condition, wear pattern and pressure of all tires (including spare) |  | X |  | X |  | X |  | X |  | X |  | X |  |
| Tires: Rotate front to rear | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Tire mobility kit: Check and observe date on the tire filler bottle (Every 2 years regardless of mileage) |  | 4 * |  |  |  |  |  |  |  |  |  |  |  |
| Tire mobility kit: Replace tire filler bottle (Every 4 years regardless of mileage) |  |  |  | 7 |  |  |  |  |  |  |  |  |  |
| Tire pressure sensors: Replace (Every 6 years regardless of mileage) |  |  |  |  |  | 10 |  |  |  |  |  |  |  |

Carefree Maintenance Program USA Only

**2009 Volkswagen Maintenance Schedule For USA**

**All Models except Routan**

| Miles | Carefree Maintenance Program USA Only | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K | 110K | 120K | 130K |
| Transmission: Automatic: Change fluid (**2.5L Jetta Models, NB and NBC, Rabbit, and Golf**) | | | | X | | | | | | X | | | |
| Transmission: DSG: Change fluid and filter | | | | X | | | | X | | | | X | |
| Underbody sealant: Inspect for damage | | | | X | | | | X | | | | X | |
| Windshield: Check cleaning nozzle functionality | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Windshield and headlight washer systems: Check function and fluid level **( add if necessary )**, and inspect for damage | | | | X | | | | X | | | | X | |
| Wiper blades: Check functionality | X | X | X | X | X | X | X | X | X | X | X | X | X |

* **Carefree Maintenance Program - Time dependent items will be included in scheduled maintenance intervals if applicable**

* **At 5K, 15K, 25K, 35K: AdBlue® Fluid: Check fluid level ( add if necessary )**

1. Every 1 year, regardless of mileage: Perform visual check of airbag system
2. Every 2 years, regardless of mileage: Replace dust and pollen filter **( if applicable )**
3. Every 2 years, regardless of mileage: Check latch for convertible roof **( if applicable )**
4. Every 2 years, regardless of mileage: Check and observe the date on the tire filler bottle in the tire mobility kit
5. Every 2 years, regardless of mileage: Change brake fluid **( New Beetle only )**
6. Every 3 years, regardless of mileage:Change brake fluid**( Touareg, Eos, Passat, Jetta models, GTI, Rabbit, Tiguan, and Passat CC )**
7. Every 4 years, regardless of mileage: Replace tire filler bottle in tire mobility set **(Observe expiration date)**
8. Every 6 years, regardless of mileage: Replace spark plugs
9. Every 6 years regardless of mileage: Change air filter element and clean housing **( if applicable )**
10. Every 6 years, regardless of mileage: Change tire pressure sensors **( if applicable )**
11. At 45K, 55K, 65K, 75K, 85K, 95K, 105K, 115K, 125K and every 5K after: AdBlue® Fluid: Check fluid level **( add if necessary )**

© 2010 Volkswagen Group of America, Inc.

All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Volkswagen of America, Inc., its affiliated companies and its licensors.
All rights are reserved to make changes at any time without notice.
No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

**Revised: February 2012**