# EXHIBIT C

16-cv-02765-SDW-JAD   Document 6-3   Filed 08/22/16   Page 2 of 17 Pag



# USA Warranty and Maintenance

CC, Eos, GTI, Golf, Tiguan, Touareg

Model year 2011



# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.

- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| Delivery Inspection | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines. The Delivery Inspection was performed on: | |
| **Next Service:** | |
| Date: ........................ | |
| Miles: ................... | |
| | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

◁

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft bocts

- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary.

◁

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**

- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles: .................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

Service at 20,000 miles or one year after last service, whichever occurs first.

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(Touareg only)**
- Tires: Check tread depth, condition, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp ◁ |

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **( 2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter **(if applicable)**
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ....................... | |
| Miles:................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt for supercharger: Replace **(3.0L Hybrid Touareg only)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ......................... | |
| Miles:.................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp ◁ |

## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.0T and 3.0L Hybrid, and 3.6L only)**
- Sunroof: Open sunroof and check front water drains and clean if necessary **(Touareg only)**
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: .................... | |
| Miles:................. | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 70,000 miles

Service at 70,000 miles or one year after last service, whichever occurs first.

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ......................... | |
| Miles:................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp ◁ |

## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **( 2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter **(if applicable)**
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary ▶

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles: ................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles: ................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 100,000 miles

Service at 100,000 miles or one year after last service, whichever occurs first.

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt for supercharger: Replace **(3.0L Hybrid Touareg only)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(Touareg only)**
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp ◁ |

## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 120,000 miles

Service at 120,000 miles or one year after last service, whichever occurs first.

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel particulate filter: **Only after 120,000 miles,** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. Subsequent DPF replacement interval is a minimum of 120,000 miles, thereafter. **(2.0L TDI and 3.0L TDI engine only)**
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**

- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(All engines except TDI)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter **(if applicable)**
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary ▶

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles: ................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 130,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(3.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high voltage components and the lines in the engine compartment and the rear of the vehicle for damage **(Touareg only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Replace **(2.0L TDI only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles: ................... | |
| | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

Maintenance | 41

## Additional service

### Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Dust and pollen filter: Replace **(if applicable)**
- Check latch for convertible roof **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**Every 3 years, then every 2 years regardless of miles driven:**

- Brake fluid: Replace. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (CC, Eos, Golf, GTI, Jetta models, Tiguan, and Touareg).**

**Every 3 years:**

- Haldex clutch: Change oil **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (Tiguan 2.0T and CC 3.6L 4-motion only).**

**Every 4 years regardless of miles driven:**

- AdBlue®: Change fluid if the mileage is under 10,000 miles **(3.0L TDI only)**
- Spark plugs: Replace **(2.0L MPI only)**
- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Spark plugs: Replace **(All engines except 2.0L MPI and TDI.)**
- Tire pressure sensors: Replace **(if applicable)** ◁