# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VOLKSWAGEN TIMING CHAIN PRODUCT LIABILITY LITIGATION | Civil Action No. 16-2765 (JLL)(JAD)<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, James E. Cecchi, declare as follows:

1. I am an attorney with the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), counsel of record for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, in order to place certain documents before the Court.

2. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement with all Exhibits annexed thereto.

3. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Kessler Topaz Meltzer & Check, LLP.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Kantrowitz Goldhamer & Graifman, P.C.

Dated: May 14, 2018

                              s/ James E. Cecchi
                              James E. Cecchi

                              **CARELLA, BYRNE, CECCHI,**
                              **OLSTEIN, BRODY & AGNELLO, P.C.**
                              5 Becker Farm Road
                              Roseland, New Jersey 07068
                              (973) 994-1700