James E. Cecchi
Lindsey H. Taylor
Caroline F. Bartlett
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VOLKSWAGEN TIMING CHAIN PRODUCT LIABILITY LITIGATION | Civil Action No. 16-2765 (JLL)(JAD) <br> **NOTICE OF MOTION** |

To: All Counsel via ECF

COUNSEL:

　　PLEASE TAKE NOTICE that , pursuant to the Court's preliminary approval Order entered on June 14, 2018, on November 19, 2018 at 11:00 a.m., Plaintiffs Lloyd Artola, Dawn Stanton Blanchard, Katrina Calihan, Hazma Deib, Umar Ellahie, Angel Esquijarosa, Allison Fleck, William Fleck, Allan Gaudet, Zachariah Gossman, Jason Hosier, Demetrie Hylick, Garrett Johnson, Pamela K. Kane, Hannah LeMoine, Shimelesse Mekbeb, Neel Mody, Karl Molwitz, Anoushirvan Nadiri, Suzanne Noyes, Debra J. Oles, Jeffrey Pipe, Jennifer Piumarta, John Schaffranek, Erika Sensnovis, Robby Smith, Michael Spencer, Dena Stockalper,

William R. Swihart, David Zhao, Bartosz Zielezinski, and David Zimand (collectively, "Plaintiffs") will respectfully move the Court for an Order certifying the Settlement Class; granting final approval of the Settlement; awarding incentive payments to Plaintiffs; and granting Plaintiffs' request for attorneys' fees and reimbursement of expenses.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs will rely upon the accompanying Memorandum of Law and the Declaration of James E. Cecchi, with exhibits thereto.

PLEASE TAKE FURTHER NOTICE THAT Defendants Volkswagen of America, Inc., Volkswagen AG and Audi AG do not oppose Plaintiffs' requested relief.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

Dated:  September 27, 2018          Respectfully submitted

                                                **CARELLA, BYRNE, CECCHI,**
                                                **OLSTEIN, BRODY & AGNELLO, P.C.**

                                                */s/* James E. Cecchi
                                                James E. Cecchi
                                                Lindsey H. Taylor
                                                Caroline F. Bartlett
                                                5 Becker Farm Road
                                                Roseland, New Jersey 07068
                                                (973) 994-1700

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Joseph H. Meltzer
Peter A. Muhic
Melissa L. Troutner (*Pro Hac Vice*)
Tyler S. Graden
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
Gary S. Graifman, Esq.
Jay I. Brody, Esq.
210 Summit Avenue
Montvale, New Jersey 07645
Telephone: (201) 391-7000

*Interim Lead Class Counsel*
**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran (*Pro Hac Vice*)
7 Evergreen Lane
Hingham, MA 02043
Telephone: (781) 741-6075

**MAZIE SEATER KATZ & FREEMAN, LLC**
Matthew Mendelsohn
David A. Mazie
Adam M. Slater
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898

**MCCUNEWRIGHT LLP**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
1055 Westlakes Drive, Suite 300

Berwyn, PA 19312
Telephone: (909) 557-1250

**SEEGER WEISS LLP**
Christopher A. Seeger
David R. Buchanan
Scott Alan George
550 Broad Street
Newark, NJ 07102
Telephone: (973) 639-9100

**BARON & BUDD, P.C.**
Roland Tellis (*Pro Hac Vice*)
Mark Pifko (*Pro Hac Vice*)
Peter Klausner (*Pro Hac Vice*)
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

*Plaintiffs' Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

s/ James E. Cecchi
James E. Cecchi
