# ROSS SCOTT LAW FIRM

1759 HAWKS ROAD
ANDOVER, NEW YORK 14806
(607) 478-8000   Fax:(607) 478-5138
w.ross.scott@gmail.com

October 13, 2018

Clerk of the District Court
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

In Re: Volkswagen Timing Chain Product Liability Litigation,
    Civil Action No. 16-2765 (JLL)(JAD)

Dear Clerk:

    Please file the enclosed Certificate of Service showing that on October 12, 2018, I mailed my settlement objection letter and request to appear at the Fairness Hearing in the referenced matter to your office (Attn. Hon. Judge Linares), Class Counsel James E. Cecchi, and Defense Counsel Jeffrey L. Chase, with postmarks of same date.

    Please also note the inadvertent omission of "not" in the fourth sentence of the second paragraph on page two of the letter. That sentence was intended to state "The cam tensioner does **not** fail by wearing out."

Respectfully submitted,

*/s/ W. Ross Scott*

W. Ross Scott, Esq.
Attorney at Law
The Ross Scott Law Firm
1759 Hawks Road
Andover, New York 14806
(607) 478-8000

cc:    James E. Cecchi, Esq., Class Counsel
        Jeffrey L. Chase, Esq., Defense Counsel

## CERTIFICATE OF SERVICE

I, W. Ross Scott, an attorney duly admitted to practice before the courts of the State of New York, hereby certify that on October 12, 2018, I personally delivered three postpaid envelopes containing my letter objecting to settlement of *In Re Volkswagen Timing Chain Product Liability Litigation*, Civil Action No. 16-2765(JLL)(JAD) to the Postmaster of the USPS office located on Main Street of Alfred, New York and was assured those letters would be postmarked that day. The letters were addressed as follows:

Clerk,
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

James E. Cecchi
CARELLA BYRNE P.C.
5 Becker Farm Road
Roseland, NJ 07068

Jeffrey L. Chase
CHASE KURSHAN LLC
354 Eisenhower Parkway
Suite 1100
Livingston, NJ 07039

Affirmed under penalties of perjury this 13th day of October, 2018,

W. Ross Scott, Esq.
The Ross Scott Law Firm
1759 Hawks road
Andover, NY 14806
607-478-8000

Ross Scott Law Firm
1759 Hawks Road
Andover, New York 14806

Clerk of the Court
US Dist Ct for Dist of NJ
Martin Luther King Jr. Courthouse
50 Walnut St.,
Newark, NJ 07101

07102-359599

ROCHESTER NY 145
13 OCT 2018 PM 2 L

X-RAYED

