Sari Khayyal
2830 Stokely Hill
San Antonio, TX 78258
E-mail: sarikhayyal@ricealumni.net
T. 512.423.3600

November 28th, 2018

Clerk of the Court,
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE:  *Volkswagen Timing Chain Product Liability Litigation*, Dkt. No. 16-cv-2765, United States District Court, District of New Jersey**

Declaration of Objection Withdrawal

Vehicle:   2011 Audi Q5
VIN:       WA1LFAFP0BA011609

I hereby withdraw my objection to the proposed class settlement in this action.

Regards,

Sāri Khayyal

Cc:   Caroline F. Bartlett, Esq., Carella Byrne Cecchi Olstein Brody & Agnello, P.C.